UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-18234-KHT |
| COOL FROOTZ, LLC, ) | |
| a Delaware limited liability company ) | |
| EIN: 20-0873295 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## DECLARATION OF DAVID W. PATTERSON

I, David W. Patterson ("Patterson"), President and Chief Operating Officer of Cool Frootz, LLC makes this Declaration under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

**Background**

1. The Debtor, Cool Frootz, LLC ("Cool Frootz" or "Debtor") filed its voluntary petition pursuant to chapter 11 of the Bankruptcy Code on September 20, 2018.

2. Cool is a company engaged in the business of producing and distributing on a national basis frozen fruit snacks that are made in different flavors out of blended fruits. The fruit snacks are made from 100% whole fruit and are marketed under the tradename Froozer.

3. The Debtor's administrative offices are located in Denver, Colorado and its production facility is located in Portland, Oregon. The Debtor manufactures a frozen fruit product that is known as a "Froozer". The Froozer product is sold on a coast to coast basis through a number of retailers such as Kroger, Walmart, Publix, and Giant Eagle.

4. The Debtor currently employs up to approximately 23 people on a full or part time basis to operate the business.

5. The Debtor pays its employees on a bi-weekly basis. The Debtor has calculated the amount of its pre-petition payroll for the period extending from September 15 to September 20, 2018. The pre-petition unpaid gross payroll, including all taxes and applicable charges is approximately $30,324.37. The current pay period that includes the

pre-petition is payable on September 28, 2018. The gross amount includes employees who are paid wages and salaries.

6. The majority of the Debtor's employees live on their paychecks and the loss of a paycheck would have serious consequences. In the event the employees are not paid on time, they will suffer personal hardships since they generally survive on their wages. The loss of employees, if they quit their jobs, would also cost the Debtor a substantial loss in terms of having to rehire and train new employees. Since the Debtor's income is based on the sale of inventory through third party retailers, the loss of employees would cause irreparable harm and injury.

7. The current value of the Debtor's accounts receivable as of September 20, 2018 is approximately $100,000. The Debtor has cash of approximately $50,000.

8. The Debtor generates income through the sale of goods through third party retailers.

**Secured Creditors**

9. The Debtors has three secured creditors who claim liens on inventory and accounts. The first secured creditor is CircleUp Credit Advisors LLC ("CircleUp"). The amount due to Circle Up is approximately $107,585. Circle Up holds a first priority security interest on the Debtor's accounts receivable from most of its main customers including Walmart, Woodlands/Publix, Kroger and Giant Eagle. The second secured creditor is DNS-Frootz, LLC ("DNS") who began to advance money to the Debtor through promissory notes in 2017. The DNS claim is based upon promissory notes dated in October 2017 and subsequent notes dated through early 2018 in the collective amount of approximately $1,595,000. The notes are secured by a security interest and a UCC-1 Financing Statement was recorded. DNS will claim liens in the Debtor's assets including inventory and accounts receivable. S2G Ventures Fund 1, L.P. ("S2G") is also a secured creditor holding a claim in the amount of approximately $1,600,000 based upon loans made to the Debtor in 2017 and 2018. S2G also holds a security interest encumbering various assets of the Debtor.

10. The Debtor has one claim that has been asserted under the Perishable Agricultural Commodities Act ("PACA") by the creditor, Fruitrade International, Inc. ("Fruitrade"). The Fruitrade claim is in the amount of approximately $87,083.59. The

PACA claim holds certain priority rights with respect to the cash proceeds from the sale of the Debtor's fruit products.

**Use of Cash Collateral**

11. All of the income of the Debtor is derived from the sale of inventory, the Froozer frozen fruit product. All of the income is generally cash collateral.

12. In order to maintain ongoing operations, the Debtor needs to pay for ongoing operating expenses such as employee wages, utilities, insurance, rents due for office space, telephones, and all of the expense items set forth on the Budget that accompanies the Motion for use of cash collateral.

13. In the event that the Debtor is not allowed to use cash collateral, the Debtor will close since it will not have employees who can produce or sell goods.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

September 24, 2018

                                    COOL FROOTZ, LLC.

                                    By: _/s/ David W. Patterson_____
                                        David W. Patterson, President and COO