**Fill in this information to identify the case:**

Debtor name    **Cool Frootz, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **18-18234**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ADP** | **$163.70** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | |
| | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Advanced Locking Solutions, Inc.**<br>**8115 SW Nimbus Avenue**<br>**Beaverton, OR 97008** | **$1,085.50** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | |
| | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Advantage Marketing Partners**<br>**d/b/a Advantage Marketing Partners**<br>**P.O. Bxo 31001-1691**<br>**Pasadena, CA 91110-1691** | **$4,287.65** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | |
| | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Advantage Solutions**<br>**d/b/a Advantage Marketing Partners**<br>**P.O. Box 744347**<br>**Atlanta, GA 30374-4347** | **$21,946.00** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | |
| | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.27** |
|---|---|---|---|

**AF Cold Storage**
**131 East Drive**
**Brampton, ON**
**CA 16T 1B5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,986.84** |
|---|---|---|---|

**Airgas USA, LLC**
**3737 Worsham**
**Pasadena, CA 91109-7423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,659.97** |
|---|---|---|---|

**AJ Adhesives**
**4800 Miami Street**
**Saint Louis, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Alpha I Marketing Corp.**
**65 West Red Oak Lane**
**White Plains, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,102.90** |
|---|---|---|---|

**Alphonse Ferrera**
**11 Palo Court**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$780.64** |
|---|---|---|---|

**Americold Logistics, LLC**
**P.O. Box 505339**
**Saint Louis, MO 63150-5339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,822.39** |
|---|---|---|---|

**Anderson Paper & Packaging Co.**
**5441 LaBounty Drive**
**Ferndale, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,396.51 |
|---|---|---|---|
| | **Aramark**<br>**P.O. Box 101179**<br>**Pasadena, CA 91189-1179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,200.00 |
|---|---|---|---|
| | **Arrive Logistics** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|
| | **Attack!Marketing**<br>**3439 SE Hawthorne Blvd.**<br>**Suite 201**<br>**Portland, OR 97214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,649.79 |
|---|---|---|---|
| | **Avistone Marketing, LLC**<br>**P.O. Box 740819**<br>**Los Angeles, CA 90074-0819** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,205.80 |
|---|---|---|---|
| | **Barry Hamilton**<br>**4290 South Hudson Parkway**<br>**Englewood, CO 80113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,072.05 |
|---|---|---|---|
| | **Bay Tech CPI, LLC**<br>**c/o Calare Properties, Inc.**<br>**43 Broad Street**<br>**Hudson, MA 01749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,354.17 |
|---|---|---|---|
| | **BEE Investments, LLC**<br>**P.O. Box 812097**<br>**Wellesley, MA 02482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Cool Frootz, LLC**

Name

Case number (if known) **18-18234**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Beta I Marketing Corp.**
**65 West Red Oak Lane**
**White Plains, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Beth and Greg Rudin, FLP**
**660 Los Palos Drive**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Note_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,639.12 |
|---|---|---|---|

**Big Y Foods**
**P.O. Box 3050**
**Springfield, MA 01102-3050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,390.86 |
|---|---|---|---|

**BioTectics, LLC**
**3918 Wet North B Street**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,917.00 |
|---|---|---|---|

**Bodkin Communications, LLC**
**18 Costa Lane**
**Redding, CT 06896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.70 |
|---|---|---|---|

**Bozzuto's, Inc.**
**P.O. Box 340**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,706.65 |
|---|---|---|---|

**Brand Pioneer, LLC**
**6415 SE 18th Avenue**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**Brian Richards**
**1940 South Routt Court**
**Lakewood, CO 80227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,205.80**

---

**3.27** | Nonpriority creditor's name and mailing address
**Bridge Sales and Marketing**
**P.O. Box 33195**
**Portland, OR 97215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Bruce Beutler**
**17 Sherwood Hill**
**Sherman, CT 06784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,739.55**

---

**3.29** | Nonpriority creditor's name and mailing address
**Bruce Beutler**
**17 Sherwood Hill**
**Sherman, CT 06784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**C.A. Fortune**
**1831 Howard Street**
**Suite A**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,211.51**

---

**3.31** | Nonpriority creditor's name and mailing address
**C.F. Perry**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**Canyon Title**
**1127 Auraria Parkway**
**Suite 101**
**Denver, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,067.78 |
|---|---|---|---|
| | **Capital Cold Storage**<br>**1440 Salem Industrial Drive**<br>**Salem, OR 97301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,376.28 |
|---|---|---|---|
| | **Cascade Fruit Marketing**<br>**ATTN: Ron Stiegel**<br>**800 Red Brook Blvd.**<br>**Suite 400C**<br>**Owings Mills, MD 21117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,744.57 |
|---|---|---|---|
| | **CBIZ MHM, LLC**<br>**P.O. Box 953152**<br>**Saint Louis, MO 63195-3152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.90 |
|---|---|---|---|
| | **CEL Holding, LLC**<br>**1855 NW Albion Court**<br>**Beaverton, OR 97006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,102.90 |
|---|---|---|---|
| | **Chair 10 Investments, LLC**<br>**1600 South Clarkson Street**<br>**Denver, CO 80210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,706.72 |
|---|---|---|---|
| | **Charles Walling**<br>**6 Bark Cherry**<br>**Littleton, CO 80127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,551.45 |
|---|---|---|---|
| | **Charles Wright**<br>**388 Emerson Street**<br>**Denver, CO 80218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,520.43 |
|---|---|---|---|

**CMS**
**2650 Pilgrim Court**
**Winston Salem, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,478.11 |
|---|---|---|---|

**Colorado Health Foundation**
**501 South Cherry Street**
**Suite 1100**
**Denver, CO 80246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,630.00 |
|---|---|---|---|

**Colorado Moline Building**
**1127 Auraria Parkway**
**Suite 104**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,817.56 |
|---|---|---|---|

**Columbia Corrugated Box**
**12777 SW Tualatin - Sherwood Road**
**Tualatin, OR 97062-8051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**Columbia Fruit, LLC**
**2526 Dike Road**
**Woodland, WA 98674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.35 |
|---|---|---|---|

**Comcast**
**P.O. Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**CTA, Inc.**
**6025 Portal Way**
**Ferndale, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cool Frootz, LLC** | | Case number (if known) | **18-18234** |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **CTC Grocery** | ☐ Contingent | |
| | **125 Commerce Court** | ☐ Unliquidated | |
| | **Cheshire, CT 06410** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,477.35** |
|---|---|---|---|
| | **CY International Trading** | ☐ Contingent | |
| | **695 South Western Avenue** | ☐ Unliquidated | |
| | **Suite 242** | ☐ Disputed | |
| | **Torrance, CA 90501** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$845.00** |
|---|---|---|---|
| | **Data Council** | ☐ Contingent | |
| | **P.O. Box 970066** | ☐ Unliquidated | |
| | **Boston, MA 02297-0066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,102.90** |
|---|---|---|---|
| | **David and Cynthia Patterson** | ☐ Contingent | |
| | **542 Monroe Street** | ☐ Unliquidated | |
| | **Denver, CO 80206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.69** |
|---|---|---|---|
| | **David W. Patterson** | ☐ Contingent | |
| | **542 Monroe Street** | ☐ Unliquidated | |
| | **Denver, CO 80206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.60** |
|---|---|---|---|
| | **Dennis Paper V** | ☐ Contingent | |
| | **101 Mecaw Road** | ☐ Unliquidated | |
| | **Hampden, ME 04444** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,630.00** |
|---|---|---|---|
| | **Destini Global, LLC** | ☐ Contingent | |
| | **222 West Hubbard Street** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **Chicago, IL 60654** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | | Case number (if known) | **18-18234** |
|---|---|---|---|---|
| | Name | | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $537.07 |
|---|---|---|---|
| | **Diversified Transfer & Storage**<br>**1640 Monad Road**<br>**Billings, MT 59101-3200** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,895,000.00 |
|---|---|---|---|
| | **DNS - Frootz, LLC**<br>**Collateral Agent**<br>**350 South Main Avenue**<br>**Suite 402**<br>**Sioux Falls, SD 57104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $615.00 |
|---|---|---|---|
| | **Donna Sires Graphic Communications**<br>**2808 North Main Street**<br>**Newberg, OR 97132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.98 |
|---|---|---|---|
| | **Dropbox** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $354.10 |
|---|---|---|---|
| | **Duke Energy**<br>**P.O. Box 1004**<br>**Charlotte, NC 28201-1004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |
|---|---|---|---|
| | **Ecolab**<br>**26252 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $346.00 |
|---|---|---|---|
| | **EEC**<br>**3881 Danbury Court**<br>**Brewster, NY 10509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|

Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.37 |
|---|---|---|---|
| | **eGourmet Solutions**<br>**8201 East 23rd Avenue**<br>**Kansas City, MO 64129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,767.00 |
|---|---|---|---|
| | **EKS&H LLLP**<br>**7979 East Tufts Avenue**<br>**Denver, CO 80237-2521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,538.76 |
|---|---|---|---|
| | **Emerald City Graphics**<br>**23328 66th Avenue South**<br>**Kent, WA 98031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,321.86 |
|---|---|---|---|
| | **Explorator Media, LLC**<br>**270 Westport Road**<br>**Wilton, CT 06897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.68 |
|---|---|---|---|
| | **Express Services, Inc.**<br>**9701 North Broadwalk Blvd.**<br>**Oklahoma City, OK 73162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,859.74 |
|---|---|---|---|
| | **FDM Business Development, LLC**<br>**900 North Lake Shore Drive**<br>**Unit 409**<br>**Chicago, IL 60611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $749.91 |
|---|---|---|---|
| | **First Class Demos** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | | Case number (if known) | **18-18234** |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|
| | **First Op Manufacturing**<br>**1963 Claxter Road NE**<br>**Salem, OR 97301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $839.00 |
|---|---|---|---|
| | **Fishbowl**<br>**580 East Technology Avenue**<br>**Suite C2500**<br>**Orem, UT 84097** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Food Allergy Research & Education, Inc.**<br>**7901 Jones Branch Drive**<br>**Mc Lean, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,056.00 |
|---|---|---|---|
| | **Food Guys/Cascade Fruit Marketing**<br>**Lock Box 74944**<br>**Cleveland, OH 44194-4944** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,065.10 |
|---|---|---|---|
| | **Fruitrade**<br>**3638 Lakeshore Blvd.**<br>**West Toronto, ON Canada M8W 1N6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,646.56 |
|---|---|---|---|
| | **G&S Machine, Inc.**<br>**3708 Cherry Avenue, NE**<br>**Salem, OR 97303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,275.50 |
|---|---|---|---|
| | **Genista Biosciences**<br>**5285 Hellyer Avenue**<br>**Suite 120**<br>**San Jose, CA 95128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Global Sales West** | ☐ Contingent | |
| | **d/b/a Global Sales and Marketing** | ☐ Unliquidated | |
| | **P.O. Box 1048** | ☐ Disputed | |
| | **Newcastle, CA 95658** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,784.00 |
|---|---|---|---|
| | **Gourmet Demo Services** | ☐ Contingent | |
| | **295 West Cromwell** | ☐ Unliquidated | |
| | **Suite 107** | ☐ Disputed | |
| | **Fresno, CA 93711** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | **Graphic Packaging International, Inc.** | ☐ Contingent | |
| | **Rose City** | ☐ Unliquidated | |
| | **P.O. Box 404170** | ☐ Disputed | |
| | **Atlanta, GA 30384-4170** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **GS1 US, Inc.** | ☐ Contingent | |
| | **Department 781271** | ☐ Unliquidated | |
| | **P.O. Box 78000** | ☐ Disputed | |
| | **Detroit, MI 48278-1271** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.67 |
|---|---|---|---|
| | **GUSS** | ☐ Contingent | |
| | **23395 SW Boberg Road** | ☐ Unliquidated | |
| | **Suite B** | ☐ Disputed | |
| | **Wilsonville, OR 97070** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |
|---|---|---|---|
| | **HackPR** | ☐ Contingent | |
| | **2010 Hancock Street** | ☐ Unliquidated | |
| | **San Diego, CA 92110** | ☐ Disputed | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246.44 |
|---|---|---|---|
| | **Hygiena LLC** | ☐ Contingent | |
| | **File 2007** | ☐ Unliquidated | |
| | **1801 West Olympic Blvd.** | ☐ Disputed | |
| | **Pasadena, CA 91199-2007** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | | Case number (if known) | **18-18234** |
|---|---|---|---|---|
| | Name | | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $373.15 |
|---|---|---|---|

**Instrumentors Supply, Inc.**
1414 Washington Street
Suite 4
Oregon City, OR 97045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $203.16 |
|---|---|---|---|

**Intelligent Office - Boulder**
4450 Arapahoe Avenue
Suite 100
Boulder, CO 80303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $156.00 |
|---|---|---|---|

**iTradeNetwork, Inc.**
P.O. Box 935209
Atlanta, GA 31193-5209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,102.90 |
|---|---|---|---|

**James Mulligan**
1600 Broadway, Suite 300
ATTN: Michael Miller
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $171.07 |
|---|---|---|---|

**JW Sales and Marketing**
3601 Green Road
Suite 103
Beachwood, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,081.81 |
|---|---|---|---|

**Keith Kessenger**
850 Milwaukee Street
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Kings Supermarkets, Inc.**
700 Lanidex Plaza
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,901.53 |
|---|---|---|---|

**Kool Pak, LLC**
**4550 Kruse Way**
**Suite 350**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.85 |
|---|---|---|---|

**Krystal Film**
**1995 Hardcastle Avenue**
**Woodburn, OR 97071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,364.49 |
|---|---|---|---|

**Launch Marketing**
**1011 SW A Street**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,748.30 |
|---|---|---|---|

**Layton Systems**
**672 Murlark Avenue NW**
**Salem, OR 97304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,528.74 |
|---|---|---|---|

**Lineage Freight Management, LLC**
**P.O. Box 101634**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**LTF Triathalon Series, LLC**
**1795 Dogwood Street**
**Suite 400**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,710.78 |
|---|---|---|---|

**Mambo Sprouts Marketing, LLC**
**535 Route 38 East**
**Suite 350**
**Cherry Hill, NJ 08002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|
| | **Mantia Enteprises, LLC**<br>**283 Rockingham Court**<br>**Salt Lake City, UT 84115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$237.00** |
|---|---|---|---|
| | **Maxletics**<br>**31 North Tejon Street**<br>**Suite 203**<br>**Colorado Springs, CO 80903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,079.49** |
|---|---|---|---|
| | **McGuire Bearing Co.**<br>**947 SE Market Street**<br>**Portland, OR 97214-3574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$191.59** |
|---|---|---|---|
| | **MFCP, Inc.**<br>**8433 Solution Center**<br>**Chicago, IL 60677-8004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,422.50** |
|---|---|---|---|
| | **Mile Hi Express, Inc.**<br>**1335 40th Street**<br>**Denver, CO 80205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|
| | **Modern Building Systems, Inc.**<br>**P.O. Box 110**<br>**Aumsville, OR 97325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$446.91** |
|---|---|---|---|
| | **Myco Technology**<br>**3115 North Chambers Road**<br>**Suite E**<br>**Aurora, CO 80011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.44 |
|---|---|---|---|
| | **New Seasons Marketing, LLC**<br>**1300 SE Stark Street**<br>**Portland, OR 97214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,866.91 |
|---|---|---|---|
| | **Nexsen Pruett, LLC**<br>**P.O. Drawer 2426**<br>**Columbia, SC 29202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.50 |
|---|---|---|---|
| | **Nichez, LLC d/b/a Shwagger**<br>**1416 Larimer Street**<br>**#201**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,744.51 |
|---|---|---|---|
| | **Northstar Partners, Inc.**<br>**33 Cannon Road**<br>**Wilton, CT 06897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $597.20 |
|---|---|---|---|
| | **On Shelf**<br>**941 Matthews Mint Hill Road**<br>**ATTN: Accounting**<br>**Matthews, NC 28105-1777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,197.00 |
|---|---|---|---|
| | **Open Sponsorship**<br>**417 5th Avenue**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.79 |
|---|---|---|---|
| | **Patterson Company, Inc.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Cool Frootz, LLC** | | Case number (if known) | **18-18234** |
|--------|----------------------|---|----------------------|--------------|
| | Name | | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,551.45 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Patterson Family Investments**<br>**542 Monroe Street**<br>**Denver, CO 80206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,645.95 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Perishable Shipping Solutions**<br>**85 Karago Avenue**<br>**Suite 3**<br>**Youngstown, OH 44512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,654.35 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Philip Terenzio**<br>**1050 Fifth**<br>**Apt. 4b**<br>**New York, NY 10028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.30 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Premier Healthcare Alliance LP**<br>**Department 77650**<br>**Los Angeles, CA 90084-7650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Promo Point Marketing**<br>**P.O. Box 31001-1691**<br>**Pasadena, CA 91110-1691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|
| | **Qples, Inc.**<br>**1227 West Magnolia Avenue**<br>**Fort Worth, TX 76104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.36 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Reese Group - Military**<br>**2820 Bransford Avenue**<br>**Nashville, TN 37204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Cool Frootz, LLC** | | Case number (if known) | **18-18234** |
|---|---|---|---|---|
| | Name | | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $629.45 |
|---|---|---|---|

**Republic Services**
P.O. Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,347.27 |
|---|---|---|---|

**Richard Continelli**
5316 Tildens Grove Blvd.
Windermere, FL 34786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,663.13 |
|---|---|---|---|

**Richard Naha**
899 Detroit Street
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,913.75 |
|---|---|---|---|

**Rogers Machinery Company, Inc.**
P.O. Box 230429
Portland, OR 97281-0429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $989.12 |
|---|---|---|---|

**Rose Paper Products, Inc.**
2561 Pringle Road SE
Salem, OR 97302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**RPM Events Group, LLC**
299 Milwaukee Street
Suite 202
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,216.82 |
|---|---|---|---|

**S&K LLC**
1995 Hardcastle Avenue
Woodburn, OR 97071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Cool Frootz, LLC** | | Case number (if known) | **18-18234** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600,000.00 |
| --- | --- | --- | --- |
| | **S2 G Ventures Fund I, L.P.**<br>**1101 West Fulton Market**<br>**Second Floor**<br>**ATTN: Charles Templeton, Manager**<br>**Chicago, IL 60607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.12 |
| --- | --- | --- | --- |
| | **S2G Advisors, LLC**<br>**P.O. Box 1860**<br>**Bentonville, AR 72712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.00 |
| --- | --- | --- | --- |
| | **SDCS**<br>**P.O. Box 85001**<br>**San Diego, CA 91286-5001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,886.52 |
| --- | --- | --- | --- |
| | **Sellethics Marketing Group, Inc.**<br>**941 Matthews Mint Hill Road**<br>**Matthews, NC 28105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,368.25 |
| --- | --- | --- | --- |
| | **Silliker**<br>**3155 Paysphere Circle**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |
| | **Southern California Select Foods, Inc.**<br>**1240 East Ontario Avenue**<br>**Suite 102**<br>**PMB 316**<br>**Corona, CA 92881** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,833.18 |
| --- | --- | --- | --- |
| | **SPINS, LLC**<br>**222 West Hubbard Street**<br>**Suite 300**<br>**Chicago, IL 60654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,713.80** |
|---|---|---|---|
| | **SPS Commerce** | ☐ Contingent | |
| | **333 South Seventh Street** | ☐ Unliquidated | |
| | **Suite 101** | ☐ Disputed | |
| | **Minneapolis, MN 55402** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|
| | **State Fair of Texas** | ☐ Contingent | |
| | **3921 Martin Luther King Jr. Blvd.** | ☐ Unliquidated | |
| | **Dallas, TX 75210** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$560.00** |
|---|---|---|---|
| | **Stater Bros. Market** | ☐ Contingent | |
| | **301 South Tippecanoe Avenue** | ☐ Unliquidated | |
| | **San Bernardino, CA 92408** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|
| | **Stillwater Provisions** | ☐ Contingent | |
| | **1812 South Church Street** | ☐ Unliquidated | |
| | **Suite B** | ☐ Disputed | |
| | **Smithfield, VA 23430** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,144.00** |
|---|---|---|---|
| | **Survey.com** | ☐ Contingent | |
| | **P.O. Box 80147** | ☐ Unliquidated | |
| | **City of Industry, CA 91716-8147** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,491.50** |
|---|---|---|---|
| | **Taurus Power & Controls, Inc.** | ☐ Contingent | |
| | **9999 SW Avery Street** | ☐ Unliquidated | |
| | **Tualatin, OR 97062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|
| | **The McKinnon Group** | ☐ Contingent | |
| | **10858 White Aspen Lane** | ☐ Unliquidated | |
| | **Boca Raton, FL 33428** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161,400.61** |
|---|---|---|---|

**The Naha Trust**
**899 Detroit Street**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,869.13** |
|---|---|---|---|

**TIC Gums**
**10552 Philadelphia Road**
**White Marsh, MD 21162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Triad Digital Media, LLC**
**P.O. Box 419727**
**Boston, MA 02241-9727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**U.S. Foods - Charlotte**
**7801 Statesville Road**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.68** |
|---|---|---|---|

**Unified Strategies Group**
**180 West Campbell Street**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,401.01** |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**US Speedskating**
**5662 South Cougar Lane**
**Kearns, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Cool Frootz, LLC** | Case number (if known) __18-18234__ |
| | Name | |

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address**<br>**Vermillion**<br>**3055 Center Green Drive**<br>**Boulder, CO 80301** | **$21,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address**<br>**Videojet Technologies, Inc.**<br>**12113 Collection Center Drive**<br>**Chicago, IL 60693** | **$5,195.68** |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address**<br>**W. Pence Company, Inc.**<br>**590 West North 5th Drive**<br>**Hartland, WI 53029** | **$940.89** |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address**<br>**W.G. Nielsen & Co.**<br>**3200 Cherry Creek South Drive**<br>**Suite 470**<br>**Denver, CO 80209** | **$4,500.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address**<br>**Wildfire Sales, Inc.**<br>**65 Sea Cliff Avenue**<br>**Suite 2**<br>**Glen Cove, NY 11542** | **$500.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address**<br>**Williamette Valley Fruit Company**<br>**P.O. Box 3372**<br>**Pasco, WA 99302** | **$1,070.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address**<br>**Wurdinger Enterprises**<br>**P.O. Box 378**<br>**Silverton, OR 97381** | **$3,129.97** |

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Cool Frootz, LLC** | Case number (if known) | **18-18234** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,048,094.61 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,048,094.61 |